Betty Jean MYERS Plaintiff—
Appellant,

v.

PHILLIP MORRIS COMPANIES, INC.;
Brown & Williamson Tobacco Compa-
ny Corp.; R.J. Reynolds Tobacco Com-
pany Defendants—Appellees.

No. 99–17383.

D.C. No. CV–99–05449–REC.

United States Court of Appeals,
Ninth Circuit.

Feb. 14, 2001.

Before BOOCHEVER, O'SCANNLAIN,
and TASHIMA, Circuit Judges.

ORDER

Defendants–Appellees' motion to certify
to the California Supreme Court has been
substantially GRANTED by order of this
Court filed this date. As to those issues
not certified, submission of this case for
decision is deferred pending the resolution
of *Naegele v. R.J. Reynolds Tobacco Co.*,
No. S090420, by the California Supreme
Court. As to the issue certified, submission
of this case for decision is deferred pend-
ing the California Supreme Court's resolu-
tion of the certified question or its order
declining to accept the certified question.
Within 14 days of the date a decision is
issued by the California Supreme Court
either in this certified case or in *Naegele*,
the parties shall notify this court and
transmit a copy of the decision.